UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KIMBERLY L. HARDER,<br>(Social Security No. XXX-XX-6772),<br><br>              Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security Administration,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   3:09-cv-43-WGH-RLY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT ENTRY

The final decision of the Commissioner in this case is **AFFIRMED.**  The plaintiff's Complaint is **DISMISSED.**  Each party shall bear its own costs.

**Entered:**  August 30, 2010

                                                             William G. Hussmann, Jr.
                                                             United States Magistrate Judge
Laura Briggs, Clerk                                Southern District of Indiana
U.S. District Court

By:_____
           Deputy Clerk

**Electronic copies to:**

Larry J. Schad                                          Thomas E. Kieper
SCHAD & PALMER                            UNITED STATES ATTORNEY'S OFFICE
lschad@schadlaw.com                       tom.kieper@usdoj.gov